**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SOULETTE KATRENE COSMA,

    Plaintiff,

v.                                                      Case No. 14-11787

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                   /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Granting Defendant's Motion for Summary Judgment; and (4) Denying Plaintiff's Motion for Summary Judgment," dated September 29, 2015,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Soulette Cosma. Dated at Detroit, Michigan, this 29th day of September 2015.


                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  September 29, 2015


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2015, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522